UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1895-GW-MARx | Date | April 14, 2023 |
|---|---|---|---|
| Title | *Jesse Cantu v. Global Atlantic Financial Group, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 14, 2023, Defendant Global Atlantic Financial Group, LLC filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for May 18, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 17, 2023.

|  | : |
|---|---|
| Initials of Preparer | JG |