JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSU CANTU, | Case No. CV 23-1895-GW-MARx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| GLOBAL ATLANTIC FINANCIAL GROUP LLC, et al., | |
| Defendants. | |

Based upon Plaintiff's Notice of Voluntary Dismissal filed on June 13, 2023, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 14, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE